

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-15-00594-CR

Bo Jett **LITTLETON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is GRANTED. We order the brief due December 2, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court